# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SEE ATTACHED,

        Petitioner,

    vs.

SEE ATTACHED,

        Respondent(s).

Case No. SEE ATTACHED

**ORDER SETTING HEARING FOR ARGUMENT AND DECISION**

Date: July 15, 2026
Time: 1:00 pm
Courtroom: 540 (Roybal Fed Bldg & US Crthse)

To "secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, the court orders counsel for the parties[1] in the cases listed on the Attachment to appear **in person** at **1:00 PM** on **July 15, 2026** in **Courtroom 540** of the **Roybal Federal Building and United States Courthouse** (255 East Temple Street, Los Angeles, California 90012) for purposes of "expediting disposition of this action." Fed. R. Civ. P. 16(a); *see* Fed. R. Civ. P. 81(a)(4); Rules 1(b) and 12 of Rules Governing Section 2254 Cases.

To the extent practicable, the court intends to issue a summary tentative order on the pending 28 U.S.C. § 2241 petition by or before 10 AM on the day of the hearing, to entertain oral argument of the parties at 1:30 PM on the same day, and to either enter the tentative order as the court's final order or take the matter under submission for further consideration if needed. *See* Fed. R. Civ. P. 16(c)(2) (providing discretion for "special procedures to assist in resolving the dispute" and "facilitating in other ways the just, speedy, and inexpensive disposition of the action")

Failure to appear at the hearing in person as ordered or to be prepared to participate at the hearing may lead to sanctions with no further warning or notice. *See*, *e.g.*, Fed. R. Civ. P. 16(f), 37(b)(2)(A), and 41(b); L.R. 41-1, 41-5

IT IS SO ORDERED.

Dated: June 30, 2026

_____
STEVE KIM
United States Magistrate Judge

---

[1] Any counsel of record for Petitioner may appear at the hearing. Government counsel may stand in for one another but only if they file a notice of appearance in advance of the status conference, are fully familiar with the facts of the case(s) they appear on, and can make statements binding the Respondent(s) in the particular case(s) they appear on.

1

# **ATTACHMENT**

| **Petitioner in Case Caption** | **Case Number** |
|---|---|
| Melannie Rangel Carrillo | ED CV 26-2826-SK |
| Osmar Leite Vieira | ED CV 26-2854-SK |
| Santiago Medrano Jimenez | ED CV 26-3026-SK |
| Pablo Hernandez Segura | CV 26-5944-SK |
| Joselino Figueroa Balderrama | ED CV 26-3258-SK |
| Luis Alfredo Barajas Bautista | ED CV 26-3135-SK |
| Guillermo Romreo Diaz | ED CV 26-3352-SK |